**PERRY-GRIFFIN FOUNDATION v. PROCTOR**

[333 N.C. 573 (1993)]

PERRY-GRIFFIN FOUNDATION, A North Carolina Corporation v. JIMMIE PROCTOR, JOSEPH ANTHONY WEATHERINGTON, JR., RAYNORWOOD, INC., A Corporation of North Carolina, BILL MORRIS, MIKE WOODARD, and FREDDIE PRICE

No. 374PA92

(Filed 7 May 1993)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a decision of the Court of Appeals, 107 N.C. App. 528, 421 S.E.2d 186 (1992), reversing and remanding a judgment and order entered by Lake, Jr. (I. Beverly), J., on 3 January 1991 in Superior Court, Pamlico County. Heard in the Supreme Court 13 April 1993.

*Henderson, Baxter & Alford, P.A., by David S. Henderson, for plaintiff-appellee.*

*Carl A. Barrington and J. Jefferson Newton, for Jimmie Proctor, defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.